

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00310-CR

Shaun Ruiz **PUENTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0040-CRA
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of conviction is AFFIRMED.

SIGNED March 18, 2020.

Luz Elena D. Chapa, Justice